IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ETHEL BROOKS                                                                                       PLAINTIFF

v.                               CASE NO. 2:20-CV-00144-BSM

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE